UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE ROSE MENIN,<br><br>            Plaintiff,<br><br>     v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK,<br><br>            Defendant. | No.  2:13-cv-01353-GEB-DAD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a "Notice of Settlement" on August 5, 2014, in which she states: "the above-captioned case has been settled in its entirety. The Parties will submit to the court a Stipulation of Dismissal with Prejudice." (Notice of Settlement, ECF No. 11.)

Therefore, a dispositional document shall be filed no later than August 26, 2014. See E.D. Cal. R. 160(b) (prescribing that documents disposing of an action shall be filed "not . . . more than twenty-one (21) days from the date of [notice of settlement], absent good cause"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See id.

1

("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: August 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge